No. 57. RINN ET AL. *v.* ASBESTOS MANUFACTURING Co. ET AL. October 9, 1939. Petition for writ of cer-

556

tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the petition for writ of certiorari should be granted. *Mr. Rayford W. Lemley* for petitioners. *Messrs. Eben Lesh* and *U. S. Lesh* for respondents.